# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Willie J. Foster, | Case No. 3:21cv628 |
| Petitioner, | |
| -vs- | JUDGE PAMELA A. BARKER |
| Warden Emma Collins, | JUDGMENT ENTRY |
| Respondent. | |

In accordance with this Court's accompanying Memorandum Opinion and Order, this action is dismissed. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

                                                     s/Pamela A. Barker
                                                     PAMELA A. BARKER
Date: 6/24/2021                                U. S. DISTRICT JUDGE